UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY**, <br> Plaintiff, <br> v. <br> **COUNTY OF SAN MATEO, ET AL.**, <br> Defendants. | Case No. 14-cv-05448-YGR <br><br> **ORDER GRANTING MOTION FOR LEAVE TO AMEND; DENYING PENDING MOTION TO DISMISS AS MOOT** |

Plaintiff Antonio Cortez Buckley ("Buckley") brings this civil rights action against Defendants County of San Mateo, et al. ("San Mateo") alleging retaliation, deliberate indifference to medical need, and excessive force under 42 U.S.C. section 1983.

On January 30, 2015, defendants moved to dismiss this case on the basis that plaintiff's complaint fails under Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 17.) Alternatively, defendants seek to strike material in the complaint pursuant to Federal Rule of Civil Procedure 12(f), or to require a more definite statement pursuant to Federal Rule of Civil Procedure 12(e). (*Id.*)

Buckley did not timely file an opposition to the motion to dismiss, and defendants filed a notice of non-opposition on February 20, 2015. (Dkt. No. 19.) In that notice, defendants also noted that plaintiff had twenty-one days after service of the motion to dismiss to amend his pleading as a matter of course, and that the deadline for such amendment had run. (*Id.*) Defendants further requested that Buckley not be allowed leave to file an opposition or to amend his complaint. (*Id.*)

On March 2, 2015, Buckley filed a motion to amend his complaint in order to cure an unidentified "defect." (Dkt. No. 23.) The local rules of this district require that any such motion be accompanied by the entire proposed amended pleading. N.D. Cal. L. Civ. R. 10-1. Buckley's

filing did not comport with this rule. However, given that as a pro se litigant, the Court affords Buckley considerable leniency, and the general policy that leave to amend be freely granted when justice so requires, the Court **GRANTS** Buckley's motion for leave to file an amended complaint.

The Court further notes that as a pro se litigant, Buckley may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

Accordingly, the motion to amend is **GRANTED**. Plaintiff shall have **30 days** from the date of this Order to file his amended complaint. Defendants' motion to dismiss is therefore **DENIED** as moot.

This terminates Docket Nos. 17 and 23.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**