UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY**, <br> Plaintiff, <br> v. <br> **COUNTY OF SAN MATEO, ET AL.**, <br> Defendants. | Case No. 14-cv-05448-YGR <br><br> **ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; SETTING COMPLIANCE HEARING** |

On April 30, 2015, Defendant County of San Mateo filed a motion to dismiss this lawsuit, and for a more definite statement. (Dkt. No. 30.) The hearing on the motion to dismiss was originally scheduled for June 16, 2015, at 2:00 p.m. in Courtroom 1 at the Federal Courthouse, 1301 Clay Street, Oakland, California.

Under this Court's Civil Local Rule 7-3(a), Mr. Buckley was required to file either a brief opposing the motion to dismiss his lawsuit, or a notice that he does not oppose dismissal.[1] Mr. Buckley's papers were due on May 14, 2015. As of the date of this Order, Mr. Buckley has not filed anything. As a result, the Court is considering dismissing his lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

The Court hereby extends Mr. Buckley's time to file his papers. **Mr. Buckley shall file an opposition to the Motion to Dismiss no later than <u>June 12, 2015</u>. Failure to file an opposition by that date will result in dismissal of this lawsuit for failure to prosecute.** Any reply to an opposition must be served and filed not more than 5 business days after the opposition is served and filed. Civ. L.R. 7-3(c). The Court further notes that Buckley may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

A compliance hearing regarding Mr. Buckley's continued prosecution of this case shall be held on **Friday, June 19, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

**No later than June 12, 2015**, plaintiff shall file either: (a) his response to defendants' motion to dismiss and motion for a more definite statement; or (b) a one-page JOINT STATEMENT setting forth an explanation for his failure to comply. If compliance is complete, plaintiff need not appear and the compliance hearing will be taken off calendar. If plaintiff does not comply, the Court may dismiss this action for failure to prosecute. Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**