UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY**,<br>  Plaintiff,<br>  v.<br>**COUNTY OF SAN MATEO, ET AL.**,<br>  Defendants. | Case No. 14-cv-05448-YGR<br><br>**ORDER GRANTING PLAINTIFF'S REQUESTED EXTENSION** |

On June 11, 2015, plaintiff Antonio Cortez Buckley filed a motion for an extension of time to file his opposition to defendants' motion to dismiss. (Dkt. No. 36.) Upon review of the motion, as well as defendants' opposition thereto (Dkt. No. 37), and in view of the fact that plaintiff is proceeding *pro se* and is currently seeking counsel, the Court hereby **GRANTS** plaintiff's motion for an extension of time. Plaintiff shall have until July 13, 2015 to file his opposition; defendants may submit a reply no more than seven days later. (N.D. Cal. Civ. L. R. 7-3(c).) The hearing on defendants' motion to dismiss is **CONTINUED** to August 11, 2015.

**IT IS SO ORDERED.**

Dated: June 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**