UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY**,<br>　　　　Plaintiff,<br>　　v.<br>**COUNTY OF SAN MATEO, ET AL.**,<br>　　　　Defendants. | Case No.  14-cv-05448-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

　　　　Plaintiff Antonio Buckley proceeds *pro se* in this action against the County of San Mateo, Sherriff Greg Munks, and eight deputy sheriffs.  On April 30, 2015, defendant County of San Mateo filed a motion to dismiss this lawsuit, and for a more definite statement.  (Dkt. No. 30.) Mr. Buckley did not file any response papers pursuant to his obligations under this Court's Local Rule 7-3(a)[1] by his deadline of May 14, 2015.  The Court issued an Order on May 28, 2015 warning Mr. Buckley that the Court was considering dismissing his lawsuit for "failure to prosecute" and directing him to file his papers no later than June 12, 2015.  (Dkt. No. 28.)  Mr. Buckley sought an extension of time to file his response (Dkt. No. 36), and the Court granted him an extension until July 13, 2015.  (Dkt. No. 39.)

　　　　Mr. Buckley again failed to comply with his obligations to meet deadlines and keep the lawsuit moving forward.  As of the date of this Order, Mr. Buckley has not filed his response to defendant's motion to dismiss, nor has he filed any other documents since June 11, 2015.

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

Pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with a court order. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. *See Id.* A district court should afford the litigant prior notice of its intention to dismiss. *See Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987).

In this case, the Court warned Mr. Buckley in its prior Order dated May 28, 2015 that it was considering dismissing his lawsuit due to his failure to prosecute this action. Mr. Buckley has continued to miss deadlines and to date has not met his obligation to respond to defendant's motion. Furthermore, it has been more than a month since plaintiff has communicated with the Court. Accordingly, it is in the interests of justice and judicial efficiency to dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

This action is therefore **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order terminates Case Number 14-cv-5448.

**IT IS SO ORDERED.**

Dated: July 23, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE