UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY**,<br>Plaintiff,<br>v.<br>**COUNTY OF SAN MATEO, ET AL.**,<br>Defendants. | Case No. 14-cv-05448-YGR<br><br>**ORDER VACATING DISMISSAL AND GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiff Antonio Buckley proceeds *pro se* in this action against the County of San Mateo, Sherriff Greg Munks, and eight deputy sheriffs. On April 30, 2015, defendant County of San Mateo filed a motion to dismiss this lawsuit, and for a more definite statement. (Dkt. No. 30.) Mr. Buckley failed to respond and thereafter sought an extension of time to file his response (Dkt. No. 36), and the Court granted him an extension until July 13, 2015. (Dkt. No. 39.) Mr. Buckley again failed to meet his obligation to file a response and defendants filed a reply of no opposition to its motion to dismiss on July 17, 2015. (Dkt. No. 40.) As a result of Mr. Buckley's repeated failure to meet his obligation to respond, the Court dismissed the action without prejudice for failure to prosecute on July 23, 2015. (Dkt. No. 42).

On July 24, 2015, the Court learned that Mr. Buckley mailed a request for extension of time to respond (Dkt. No. 43) on July 20, 2015, three days prior to dismissal of the action. The request details Mr. Buckley's diligence in attempting to secure legal representation. Despite his diligent attempts, Mr. Buckley has been unable to engage an attorney to represent him and is now working on a response to defendants' motion with the assistance of the Court's Legal Help Center.

Under these circumstances, and given the Court's preference for deciding matters on the merits, the Court finds it appropriate to allow Mr. Buckley an opportunity to pursue his claims and respond to defendants' motion.

Accordingly, the Court's order dismissing the case is hereby **VACATED** (clerk to reopen case) and Mr. Buckley's request for extension of time to respond is **GRANTED**. Mr. Buckley shall respond to defendants' motion to dismiss no later than **AUGUST 28, 2015**. Mr. Buckley is cautioned that failure to respond in a timely manner pursuant to this extended deadline may result in dismissal of the action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**