JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Timothy Shimizu, Deputy (SBN 290567)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 599-1338
Facsimile: (650) 363-4034
E-mail: tshimizu@smcgov.org

Attorneys for Defendants
COUNTY OF SAN MATEO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN MATEO, Sheriff GREG MUNKS, Correctional Officer GARY JUSTICE, Deputy Sheriff ERIC MICHEL, Correctional Officer CALVIN C. ECHANO, Deputy Sheriff CARLOS TAPIA, Deputy Sheriff STACEY MOODY, Correctional Officer ADRIAN ALONSO, Correctional Officer ZACHARY COPELAND, Deputy Sheriff JOSEPH CRIADO,<br><br>　　　　Defendants. | Case No. CV 14 5448 YGR<br><br>**STIPULATION TO REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**AS MODIFIED BY THE COURT** |

　　　Defendants County of San Mateo, et al. and Plaintiff Antonio Cortez Buckley stipulate to this request to continue the initial Case Management Conference currently set for August 17, 2015. The parties stipulate to a proposed new date of September 14, 2015 at 2:00 p.m., with the Case Management Statement and Initial Disclosures due on September 7, 2015.

　　　The parties make this request due to the unavailability of the lead counsel for the County, Timothy Shimizu. He will be out of the office from August 14, 2015 through August 17, 2015 on a previously scheduled vacation out of the state of California. The parties also believe that this will allow more time for the Defendants' partial motion to dismiss to be decided before proceeding further.

///

1  The initial Case Management Conference has been continued previously. It was continued by
2 stipulation with approval of the Court to allow Plaintiff to file an amended complaint before proceeding
3 further. *See* Docket # 26. It was also continued on the Court's own order to the current date of
4 August 17, 2015. *See* Docket # 34.

5  The parties agree that this stipulation for continuance is not intended to delay the case, but is
6 intended to promote judicial efficiency by ensuring that the Defendants' lead counsel attends the initial
7 Case Management Conference and that the partial motion to dismiss has been decided.

8  **IT IS SO STIPULATED.**

10 Dated: July 30, 2015                                JOHN C. BEIERS, COUNTY COUNSEL

12                                                    By: _____/s/_____
13                                                        Timothy Shimizu, Deputy

14                                                    Attorneys for Defendants
                                                      COUNTY OF SAN MATEO, Sheriff GREG
15                                                    MUNKS, Correctional Officer GARY JUSTICE,
                                                      Deputy Sheriff ERIC MICHEL, Correctional
16                                                    Officer CALVIN C. ECHANO, Deputy Sheriff
                                                      CARLOS TAPIA, Deputy Sheriff STACEY
17                                                    MOODY, Correctional Officer ADRIAN
                                                      ALONSO, Correctional Officer ZACHARY
18                                                    COPELAND, Deputy Sheriff JOSEPH CRIADO

20 Dated: July 30, 2015                                By: _____/s/_____
21                                                        Antonio Cortez Buckley

22                                                    Plaintiff, Pro se

I, Timothy Shimizu, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1  **[PROPOSED] ORDER AS MODIFIED BY THE COURT**

Pursuant to stipulation, and good cause appearing, the Case Management Conference previously set for August 17, 2015 shall be taken off calendar and be reset as follows:

   a. Last day to file Case Management Conference Statement and serve initial disclosures: September 43, 2015.

   b. Case Management Conference: September 4: , 2015 at 2:00 p.m.

   **IT IS SO ORDERED.**

Dated: July 31, 2015

   The Honorable Yvonne Gonzalez Rogers
   United States District Judge