UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY**,<br><br>        Plaintiff,<br><br>    v.<br><br>**COUNTY OF SAN MATEO, ET AL.**,<br><br>        Defendants. | Case No.  14-cv-05448-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter currently scheduled for Monday, September 28, 2015 is hereby **CONTINUED.**

The Court will reschedule the Case Management Conference after the Court issues its ruling on defendants' pending motion to dismiss and for a more definite statement (Dkt. No. 30).

**IT IS SO ORDERED.**

Dated September 23, 2015.

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**