UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 14-cv-05448-YGR (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM, SETTING STATUS CONFERENCE AND REQUIRING MEET AND CONFER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for 10:00 a.m. on January 15, 2016. The settlement conference will be conducted via video conferencing, with Plaintiff appearing from Maguire Correctional Facility, Defendants appearing from Courtroom D of the United States Courthouse in San Francisco, and the Court appearing from McKinleyville.

Defense counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case. Defense counsel is also directed to contact authorities at Plaintiff's institution as soon as possible and inquire about the institution's ability to handle a video conference. Defense counsel shall then convey that information to Judge Vadas' Courtroom Deputy.

The matter is HEREBY SET for a telephonic status conference on January 5, 2016, at 1:00 p.m. The parties shall dial 888-684-8852, and enter access code 1868782. At the status conference, the parties shall report on the outcome of their meeting regarding settlement.

Lead trial counsel shall appear at the settlement conference with the parties and persons

having full authority to negotiate and settle the case. A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than January 4, 2016. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

**Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible, well in advance of the scheduled conference date.** Requests to vacate the settlement referral must be made to the referring Judge, not Magistrate Judge Vadas. Requests to continue the settlement conference past the deadline set by the referring Judge must also be made to the referring Judge.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

**IT IS SO ORDERED**.

Dated: November 24, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge