UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANTONIO CORTEZ BUCKLEY**,

    Plaintiff,

    v.

**COUNTY OF SAN MATEO, ET AL.**,

    Defendants.

Case No. 14-cv-05448-YGR

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ORDERING PLAINTIFF TO PROVIDE THE COURT WITH HIS CURRENT CONTACT INFORMATION**

    The Court **SETS** an initial case management conference for **Monday March 21, 2016** at **2:00 p.m**, at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1.

    The Court **ORDERS** Plaintiff Buckley to provide the Court with his current mailing address and a current phone number. The Court notes that while mail sent to Plaintiff was returned as undeliverable (Dkt. No. 62), Plaintiff has since participated in proceedings with Judge Vadas (*see* Dkt. Nos. 63-65), indicating his continued intent to prosecute this case. Nonetheless, Plaintiff Buckley is reminded of his obligation to keep the Court apprised of his address by filing a Notice of Change of Address. *See* Civ.L.R. 3-11(a). Failure to do so could result in dismissal of this case without prejudice. *See id.* at 3-11(b).

    In light of his *pro se* status, plaintiff Buckley may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

    The Court is considering appointing counsel to Plaintiff Buckley for the limited purpose of a continued settlement conference before Judge Vadas.

    **IT IS SO ORDERED**.

Dated: February 3, 2016

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**