UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO CORTEZ BUCKLEY**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF SAN MATEO, *et al.*,** <br><br> Defendants. | Case No.  14-cv-05448-YGR <br><br> **ORDER RE: DISMISSAL OF COUNTY AND SHERIFF DEFENDANTS** <br><br> Re: Dkt. No. 52 |

On October 2, 2015 this Court entered an Order granting in part Defendants' motion to dismiss.  (Dkt. No. 52.)  Specifically, the Court dismissed Plaintiff's claims against the County of San Mateo and Sheriff Munks and granted Plaintiff leave to amend with respect thereto.  Plaintiff was thereafter in custody at the Maguire Correctional Facility and was unable to amend his complaint within the timeframe set by the Court.  (*See* Dkt. No. 58.)

At the Initial Case Management Conference held before this Court on March 28, 2016, Plaintiff indicated he did not intend to amend his complaint as to the County or Sheriff.  Plaintiff instead requested the Court dismiss the County and Sheriff as defendants in this action. Defendants County of San Mateo and Sheriff Munks accordingly are **DISMISSED WITHOUT LEAVE TO AMEND**.

The remaining Defendants in this action[1] shall file their answer to the First Amended Complaint (Dkt. No. 29) within fourteen (14) days of the date of this Order.

**IT IS SO ORDERED**.

Dated: April 8, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The remaining Defendants are Deputy Sheriffs: Justice, Michael, Echano, Tapia, Moody, Alonso, Copeland, and Criado.

*United States District Court*
*Northern District of California*